In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-056 CR 


______________________


 

ZEDRICK VAUGHN PHILLIPS, Appellant



V.



STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


 Jefferson County, Texas


Trial Cause No. 89840






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Zedrick Vaughn Phillips, to
withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by
appellant personally, and the motion is signed by counsel of record. No opinion has issued
in this appeal. The motion is granted, and the appeal is therefore dismissed.



 APPEAL DISMISSED. 

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered March 28, 2007

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, J.J.